

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: Romulo A. Rodrigues-Aguiar, Debtor | Chapter 7 Case<br>Case No. 15-12640 |
|---|---|
| Keila Maria Rodriguez, Plaintiff,<br>v.<br>Romulo A. Rodrigues-Aguiar, Defendant | ADVERSARY PROCEEDING<br>No. 15-01234 |

JOINT MOTION TO SUSPEND CASE

NOW COMES Keila Maria Rodriguez, a creditor in the above captioned matter (hereinafter "Rodriguez"), and defendant Romulo A. Rodrigues-Aguiar (hereinafter "Aguiar") and jointly move the court to suspend this proceeding, and for reasons states that the chapter 7 trustee has filed a complaint to deny Aguiar a discharge, case number 16-01022. If the court denies a discharge based on the trustee's complaint, the relief requested in this proceeding will be moot. Thus suspending this proceeding would appear to be in the interests of judicial economy. The parties request that the suspension continue until 30 days after the entry of a final, non-appealable judgment in the trustee's proceeding.

June 3, 2016
Respectfully submitted,

| Romulo A. Rodrigues-Aguiar<br>By his attorney, | Keila Maria Rodriguez<br>By her attorney, |
|---|---|
| /s/ James Hayes<br>James P. Hayes, Esq.<br>82 Otis Street, Unit One<br>Cambridge, MA 02141<br>(617) 547-7771<br>BBO# 225790 | /s/ David G. Baker<br>David G. Baker, Esq.<br>236 Huntington Avenue Room 306<br>Boston, MA 02115<br>(617) 367-4260<br>BBO # 634889 |